IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10260
Conference Calendar

_____

MAURICE T. GILKEY,

Plaintiff-Appellant,

versus

TOM PRICE, Judge,

Defendant-Appellee.

---------------------

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-2422-T

---------------------
August 18, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:*

Maurice T. Gilkey, Texas prisoner #636808, appeals the
district court's denial of his petition for a writ of mandamus.

Gilkey's motion for a certificate of probable cause to
appeal is DENIED as unnecessary.

Because Gilkey fails to present any argument regarding the
district court's denial of mandamus relief, the issue is
abandoned. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

1993).  Gilkey's appeal is without merit and therefore frivolous.
See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).
Because the appeal is frivolous, it is DISMISSED.  See 5TH CIR. R.
42.2.

We caution Gilkey that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Gilkey is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED; CPC MOTION DENIED AS UNNECESSARY.